IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02907-MSK

PENNY SOLEK,

    Plaintiff,

v.

HUMANA INSURANCE COMPANY,

    Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, due to the subject matter of this case, the undersigned cannot be fair and impartial. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 13th day of November, 2012.

                                                          **BY THE COURT:**

                                                          Marcia S. Krieger
                                                          United States District Judge