IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02907-JLK-KLM

PENNY SOLEK,

    Plaintiff,

v.

HUMANA INSURANCE COMPANY,

    Defendant.
_____

**INSTRUCTIONS FOR EARLY NEUTRAL EVALUATION ("ENE")
BY MAGISTRATE JUDGE MIX**
*Effective March 6, 2012*
_____

    This matter is before the Court on the Minute Entry [Docket No. 14] and Order of Reference [#15] issued by Judge Kane directing this Court to hold an Early Neutral Evaluation ("ENE") in this case.

    IT IS HEREBY **ORDERED** that an ENE is set before Magistrate Judge Kristen L. Mix on **February 8, 2013**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Accordingly,

    **IT IS HEREBY ORDERED** as follows:

1. The parties shall submit materials for the Court's review by emailing them to Mix_Chambers@cod.uscourts.gov. Absent extraordinary circumstances, all materials, including exhibits, shall be limited to a total of 25 pages per side. Any materials in excess of 25 pages or received after **February 4, 2013** will not be considered by the Court.

2. Trial counsel for the parties shall attend the ENE in person. Parties may, but are not required, to attend.

3. The ENE will be conducted on the record. A transcript of the ENE may be ordered by the parties as they deem appropriate. The ENE transcript, record and materials are protected by Fed. R. Evid. 408 and shall not be used for any purpose contrary to the Rule.

4. The Courtroom will be closed to non-parties and/or non-attorneys-of-record during the ENE.

Dated: January 30, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge