IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02907-JLK-KLM

PENNY SOLEK,

    Plaintiff,

v.

HUMANA INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Stipulated Motion to Vacate Early Neutral Evaluation and Schedule a Mediation** [Docket No. 17; Filed January 31, 2013] (the "Motion"). The parties request that the Court set a settlement conference in lieu of an Early Neutral Evaluation.

IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. The Early Neutral Evaluation on February 8, 2013, at 10:00 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that a Settlement Conference is scheduled for **February 27, 2013**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that counsel shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case and to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

**IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Settlement Conferences and Preparation of Confidential Settlement Statements, as attached to this Minute Order.**

Parties shall submit their Confidential Settlement Statement on or before **February**

**22, 2013**.  Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov.  All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies.  Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order".  Parties not participating in ECF shall submit all materials as hard copies.

Dated:  February 1, 2013