# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02907-JLK-KLM

PENNY SOLEK,

    Plaintiff,

v.

HUMANA INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Kane, J.

    The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice, Doc. 32. After careful review of the stipulation and the file, I have concluded that the stipulation should be granted and that Plaintiff's claims against Defendant should be dismissed with prejudice. Accordingly, Plaintiff's claims against the Defendant are hereby DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED:    July 2, 2013        BY THE COURT:
                                            *s/John L. Kane*
                                            John L. Kane, U.S. Senior District Judge